UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: WA:19-CR-00325(1)-ADA |
| | § | |
| (1) ANGEL GABRIELLE MARIE DURBIN | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause. On October 18, 2023 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) ANGEL GABRIELLE MARIE DURBIN, which alleged that Durbin violated a condition of supervised release and recommended that Durbin's supervised release be revoked (Clerk's Document No. 41). A warrant issued and Durbin was arrested. On November 3, 2023, Durbin appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Durbin appeared before the magistrate judge on November 14, 2023, waived the right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on November 17, 2023, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on

the original offense and the intervening conduct of Durbin, the magistrate judge recommends that this court revoke Durbin supervised release and that Durbin be sentenced to imprisonment for FIVE (5) months, with no term supervised release to follow the term of imprisonment (Clerk's Document No. 52). The Defendant should receive credit for time served since the arrest on October 31, 2023.

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en banc).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On November 14, 2023, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation OfUnited States Magistrate Judge (Clerk's Document No. 50). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 52) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) ANGEL GABRIELLE MARIE DURBIN's term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) ANGEL GABRIELLE MARIE DURBIN be imprisoned for FIVE (5) months with no term of supervised release. The Defendant will receive credit for time served since the arrest on October 31, 2023.

Signed this 29th day of November, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE